UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING SPIDER LLC,

                Plaintiff,

        -against-                        24-CV-2668 (JGLC)

PANDA (HONG KONG) TECHNOLOGY CO.,        **ORDER**
LTD. d/b/a PANDABUY,

                Defendant.

JESSICA G. L. CLARKE, United States District Judge:

        On April 11, 2024, the Court granted Plaintiff's application and entered a temporary restraining order ("TRO"). On April 16, 2024, Plaintiff submitted a request to amend the TRO, as well as to modify to the briefing schedule, which the Court granted and entered on the same day, April 16, 2024 ("First Amended TRO"). On April 29, 2024, Plaintiff submitted a request to amend the First Amended TRO, as well as to modify the briefing schedule, which the Court granted and entered on the same day, April 29, 2024 ("Second Amended TRO").

        For the reasons stated in Plaintiff's May 3, 2024 letter, and because the below referenced accounts are within the scope of the Second Amended TRO as "financial accounts associated with or utilized by Defendant . . . and/or any other entity identified by the Financial Institutions to be holding Defendant's Assets," it is hereby ORDERED that:

    1)       JPMorgan Chase Bank, NA shall freeze any and all Financial Accounts, including the Financial Account(s) associated with the virtual reference numbers identified by PayPal Inc., ****9839 and/or ****3395, and

2

immediately comply with the expedited discovery ordered in the Second Amended TRO.

Dated: May 6, 2024
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

2