UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING SPIDER LLC,

                Plaintiff,

-against-

PANDA (HONG KONG_ TECHNOLOGY CO., LTD. d/b/a PANDABUY,

                Defendant.

24-CV-2668 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff King Spider is directed to respond to proposed intervenor AUS Merchant Services, Inc.'s motion to intervene and to modify the temporary restraining order by **May 14, 2024** at **1:00 p.m.**

Dated: May 14, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*
                                      JESSICA G. L. CLARKE
                                      United States District Judge