UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING SPIDER LLC,

                Plaintiff,

-against-

PANDA (HONG KONG) TECHNOLOGY CO., LTD. d/b/a PANDABUY,

                Defendant.

24-CV-2668 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       On May 28, 2024 AUS Intervenor Merchant Services, Inc. ("AUS") moved to modify the to release the remaining funds in the AUS account ending in 387 ("Account 387") maintained by JPMorgan Chase Bank, N.A. Generally, for the reasons stated in AUS's memorandum, ECF No. 45, the Court GRANTS this motion. Although the Court understands that releasing these funds may negatively impact Plaintiff King Spider LLC's ability to recover in this action, the Court is unable to freeze funds that do not belong to Defendant Panda (Hong Kong) Technology Co., Ltd. or Hangzhou Panda Technology Co., Ltd. *See Bidi Vapor, LLC v. Aldfactory*, No. 20-CV-10408 (AT), 2022 WL 2237403, at *4 (S.D.N.Y. June 22, 2022). Moreover, Plaintiff is unable to dispute that the funds in Account 387 belong to entities other than Defendant. The Clerk of Court is directed to terminate ECF Nos. 34 and 43.

Dated: June 10, 2024
       New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*
                                    JESSICA G. L. CLARKE
                                    United States District Judge