**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

**MEMO ENDORSED**

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
**marcgreenwald@quinnemanuel.com**

July 8, 2024

<u>VIA ECF</u>

Hon. Jessica G. L. Clarke
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *King Spider LLC, et al., v. Panda (Hong Kong) Technology Co.*, No. 24-CV-2668 (JGLC)

Dear Judge Clarke:

We represent non-party Alipay.com Co., Ltd. ("Alipay China"), and write respectfully to request that any hearing on Plaintiff's contempt motion be adjourned from July 10 to another date later in the week or next week.

Alipay China will file its opposition to the contempt motion later today. In the Court's order right before the long holiday weekend, the Court stated: "The Court is likely to rule on this motion at the preliminary injunction hearing on July 10, 2024." Prior to that order, we were unaware that counsel for Alipay China was meant to attend the preliminary injunction hearing. I will be in San Francisco for a previously scheduled deposition, returning the evening of July 10. While I can attend the preliminary injunction remotely, and while we submit that the Court can rule on the contempt motion on the papers, if the Court does want argument on the motion, we respectfully request that the argument take place on July 11 or 12 or the week of July 15.

Respectfully,

*/s/ Marc L. Greenwald*

Marc L. Greenwald

*Attorney for Alipay.com Co., Ltd.*

cc: All Counsel of Record (via ECF)

Plaintiff is directed to file a reply by **July 15, 2024.** The Court shall hold a conference regarding the motion to compel on **July 26, 2024** at **12:00 p.m.** The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 332 873 011#. The Clerk of Court is directed to terminate ECF No. 66.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 9, 2024
New York, New York

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH