

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

July 10, 2024

**MEMO ENDORSED**

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    ***King Spider LLC v. Panda (Hong Kong) Technology Co., Ltd. d/b/a PandaBuy***
              **Case No. 24-cv-2668 (JGLC)**
              **Request to Reschedule July 26, 2024 Hearing**

Dear Judge Clarke,

      We represent the Plaintiffs in the above-referenced matter (the "Action").[1] On July 9, 2024, the Court entered an Order rescheduling the hearing on Plaintiff King Spider LLC's ("King Spider") Contempt Motion to July 26, 2024 at 12:00 p.m. ("Contempt Hearing") (Dkt. 75). Plaintiffs respectfully request to reschedule the July 26, 2024 hearing and have conferred with counsel for Alipay.com Co., Ltd. ("Alipay"), who have consented to Plaintiffs' request. In accordance with Your Honor's Individual Rules and Practices in Civil Cases, Plaintiffs respectfully submit the following:

1. **Original Date and New Date Requested:** The original date is July 26, 2024 at 12:00 p.m., Plaintiffs' counsel and Alipay's counsel have conferred and are available on July 15, 2024 (if the Court reschedules the Contempt Hearing to this date, King Spider proposes filing its reply by July 12, 2024), July 30, 2024, July 31, 2023 or August 1, 2024.
2. **Number of Previous Requests for Adjournment:** None, this is the first request to reschedule the Contempt Hearing.
3. **Reason for Requested Adjournment:** Plaintiffs' counsel has a previously scheduled hearing on July 26, 2024 at 12:00 p.m. before Judge Carter in another matter that is presently under seal.
4. **Whether the Adversary Consents:** Yes, counsel for Alipay consents to King Spider' instant request to reschedule the Contempt Hearing.
5. **The Date of the Parties' Next Scheduled Appearance:** The Contempt Hearing is the only presently scheduled appearance.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Amended Complaint.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _/s/ Danielle S. Futterman
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*

Application GRANTED. The conference in this matter, previously scheduled for July 26, 2024 at 12:00 p.m., is RESCHEDULED for **July 30, 2024** at **10:00 a.m.** Plaintiffs' reply remains due on July 15, 2024. The Clerk of Court is directed to terminate ECF No. 79.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 10, 2024
    New York, New York