DORSEY & WHITNEY LLP
Bruce R. Ewing
Kaleb McNeely
John P. Mixon
51 West 52nd Street
New York, New York 10019
(212) 415-9200

*Attorneys for Defendant Panda*
*(Hong Kong) Technology Co.,*
*Ltd. d/b/a PandaBuy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| DENIM TEARS, LLC, KING SPIDER LLC, LOEWE, S.A., OFF-WHITE LLC, PALACE SKATEBOARDS LIMITED, GSLT HOLDINGS LIMITED, and RVRG HOLDINGS LLC,<br><br>        Plaintiffs,<br><br>                v.<br><br>PANDA (HONG KONG) TECHNOLOGY CO. LTD. d/b/a PANDABUY,<br><br>        Defendant. | Civ. No. 24-cv-2668 (JGLC) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF DEFENDANT'S MOTION TO DISSOLVE OR MODIFY PRELIMINARY INJUNCTION ORDER

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Tingyan Mao, Defendant Panda (Hong Kong) Technology Co., Ltd. d/b/a PandaBuy ("Pandabuy" or "Defendant") will move this Court before the Hon. Jessica G. L. Clarke, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 65 dissolving or modifying

the preliminary injunction order entered in this action on July 10, 2024 (Dkt. 80).

Dated: August 19, 2024          DORSEY & WHITNEY LLP

*/s/ Bruce R. Ewing*
Bruce R. Ewing
Kaleb McNeely
John P. Mixon
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
ewing.bruce@dorsey.com
mcneely.kaleb@dorsey.com
mixon.john@dorsey.com

*Attorneys for Defendant Panda (Hong Kong) Technology Co., Ltd. d/b/a PandaBuy*