



**BRUCE R. EWING**
Partner
(212) 415-9206
FAX (212) 953-7201
ewing.bruce@dorsey.com

October 31, 2024

Application GRANTED. The parties shall file their joint letter regarding the scope of the preliminary injunction on or before **November 7, 2024.** The Clerk of Court is directed to terminate ECF No. 110.

**VIA ELECTRONIC FILING**

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Dated: November 1, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re: *Denim Tears, LLC et al. v. Panda (Hong Kong) Technology Co., Ltd. d/b/a Pandabuy*, No. 24-cv-2668 (JGLC)

Dear Judge Clarke:

We represent Defendant Panda (Hong Kong) Technology Co. Ltd. d/b/a Pandabuy ("Pandabuy") in the above-referenced action. Pursuant to the Court's instructions at the October 24, 2024 proceeding, we write on behalf of all parties regarding their discussion about the scope of the Court's preliminary injunction order entered in this action on July 10, 2024 (Dkt. No. 80).

On October 30, 2024, the parties met and conferred about the preliminary injunction and determined that more time is needed to discuss a potential agreement on the scope of the preliminary injunction. Accordingly, the parties respectfully request that the deadline to submit a joint letter on this issue be extended from October 31, 2024 to November 7, 2024.

Sincerely,

DORSEY & WHITNEY LLP

*/s/ Bruce R. Ewing*
BRUCE R. EWING

Cc: All Counsel of Record (by ECF)