

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

January 16, 2025

**MEMO ENDORSED**

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    *King Spider LLC v. Panda (Hong Kong) Technology Co., Ltd. d/b/a PandaBuy*
                  Case No. 24-cv-2668 (JGLC)
                  <u>Request to Immediately Stay Effect of 1/14 Order and/or Restore PI Order</u>

Dear Judge Clarke,

      We represent the Plaintiffs in the above-referenced matter (the "Action").[1] As requested in Plaintiffs' Emergency Motion to Restore filed yesterday (Dkts. 119-120) ("Motion to Restore"), Plaintiffs respectfully submit the instant letter to request that the Court immediately stay the effect of the Court's January 14, 2025 Order (Dkt. 116) and/or restore the Preliminary Injunction Order (Dkt. 80) pending the determination of Plaintiffs' Motion to Restore for all of the reasons set forth in Plaintiffs' Motion to Restore, and critically because Defendant likely has and/or will immediately drain its Financial Accounts in the event they do not remain frozen.

      We thank the Court for its time and attention to this matter.

Application GRANTED. The effect of the Court's January 14, 2025 order is STAYED until the Court has an opportunity to hear from the parties on January 17, 2025. The Clerk of Court is respectfully directed to terminate ECF No. 121.

Dated: January 16, 2025
       New York, New York

SO ORDERED.

*[signature]*

JESSICA G. L. CLARKE
United States District Judge

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _/s/ Danielle S. Futterman
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Amended Complaint.