UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING SPIDER, et al.,

                    Plaintiffs,

             -against-

PANDA (HONG KONG) TECHNOLOGY CO.,
LTD., et al.,

                    Defendants.

24-CV-2668 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On April 24, 2025, the Court granted the motion by Defendant Panda (Hong Kong) Technology Co., Ltd. ("Pandabuy") for its counsel to withdraw and directed it to obtain new counsel within 30 days, or default could be entered against it. ECF No. 158. Nearly nine months after the Court's Order, Pandabuy still has not retained counsel. Additionally, the Court granted Plaintiffs permission to serve the remaining defendants by alternative service methods on September 11, 2025. ECF No. 165. To date, no counsel has appeared for those defendants.

In light of the fact that Defendants Written Stars (Hong Kong) Limited and Panda (UK) Technology Co., Limited have not answered or otherwise made an appearance in this action, and that Defendant Pandabuy has failed to retain new counsel, IT IS HEREBY ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **February 6, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  January 16, 2026
       White Plains, New York

                         SO ORDERED.

                         JESSICA G. L. CLARKE
                         United States District Judge