

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

**MEMO ENDORSED**

February 18, 2026

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:  ***King Spider LLC, et al. v. Panda (Hong Kong) Technology Co., Ltd. d/b/a PandaBuy, et al.***
> **Case No. 24-cv-2668 (JGLC)**
> **Second Request to Extend Deadline to File Default Judgment Motion**

Dear Judge Clarke,

We represent the Plaintiffs in the above-referenced matter (the "Action").[1] On January 16, 2026, the Court ordered that Plaintiffs shall file a default judgment motion ("DJ Motion") no later than February 6, 2026 against Defendants ("January 16, 2026 Order"). (Dkt. 166). On February 4, 2026, Plaintiffs wrote to the Court to request an extension to file the DJ Motion (Dkt.167), and on February 5, 2026, the Court granted Plaintiffs' request, extending Plaintiffs' deadline to file the DJ Motion to February 20, 2026. ("February 5, 2026 Order") (Dkt.168). For the reasons set forth herein, Plaintiffs respectfully request that the Court grant a second short extension of Plaintiffs' deadline to file their DJ Motion. In accordance with Your Honor's Individual Rules and Practices in Civil Cases, Plaintiffs submit the following:

1.  **Original Date and New Date Requested:** Plaintiffs' current deadline to file their DJ Motion is February 20, 2026. Plaintiffs respectfully request to file their DJ Motion by February 27, 2026.
2.  **Number of Previous Requests for Adjournment:** This is Plaintiffs' second request for an extension of time to file their DJ Motion.
3.  **Reason for Requested Adjournment:** Plaintiffs' counsel currently has a high-volume caseload creating difficulties with availability and workload. Extending the deadline for Plaintiffs to file their DJ Motion one (1) week, to February 27, 2026, will alleviate the challenges associated with the high-volume caseload.
1.  **Whether the Adversary Consents:** Given that Defendants are in default, Plaintiffs did not seek their consent.
2.  **The Date of the Parties' Next Scheduled Appearance:** N/A

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Amended Complaint.

Hon. Jessical G.L. Clarke
February 18, 2026
Page **2** of **2**

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*

Application GRANTED. The Court HEREBY EXTENDS the deadline for Plaintiffs to file their default judgment motion to February 27, 2026. The Clerk of Court is directed to terminate ECF No. 176.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: February 19, 2026
    White Plains, New York