UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING SPIDER, et al.,

                        Plaintiffs,

          -against-

Panda (Hong Kong) Technology Co., Ltd., d/b/a
PandaBuy, and Panda (UK) Technology Co., Ltd.,
d/b/a PandaBuy,

                        Defendants.

24-CV-2668 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to ECF No. 183, Defendants Panda (Hong Kong) Technology Co., Ltd. and Panda (UK) Technology Co., Ltd. were ordered to show cause why default judgment should not be granted against them by April 13, 2026. The Court received no filing. Accordingly, the parties are directed to appear for a default hearing on **April 30, 2026, at 3:00 PM**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 396578450#. Plaintiffs are directed to serve this Order upon Defendants by April 20, 2026, and file proof of the same on the docket by April 21, 2026.

Dated:  April 15, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge